# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-1290**

**September Term, 2024**

**TSA-NA-23-02**

**Filed On: October 17, 2024** [2080317]

City of Billings, et al.,

      Petitioners

    v.

Transportation Security Administration and
David P. Pekoske, Administrator,

      Respondents

------------------------------

Consolidated with 23-1328

      **BEFORE:**   Chief Judge Srinivasan, Circuit Judge Walker, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, October 17, 2024 at 9:34 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

Melissa C. Allison, counsel for Petitioners.

Leif Overvold (DOJ), counsel for Respondents.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

             BY:    /s/
                      Anne A. Rothenberger
                      Deputy Clerk