# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1290**                    **September Term, 2025**

**TSA-NA-23-02**

**Filed On:** June 11, 2026

City of Billings, et al.,

      Petitioners

    v.

Transportation Security Administration and
David P. Pekoske, Administrator,

      Respondents

-----------------------------

Consolidated with 23-1328

**BEFORE:**    Srinivasan, Chief Judge; Walker, Circuit Judge; Rogers, Senior
Circuit Judge

## O R D E R

Upon consideration of petitioners' renewed motion for immediate issuance of the mandate, or, in the alternative, for an order setting a deadline for rulemaking, and the response thereto, it is

**ORDERED** that the motion be denied.

### Per Curiam

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                  BY:    /s/
                           Lillian Wright
                           Deputy Clerk