[ORAL ARGUMENT HELD ON OCTOBER 17, 2024]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CITY OF BILLINGS, *et al.*,<br><br>    *Petitioners,*<br><br>    v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION AND DAVID P. PEKOSKE, ADMINISTRATOR,<br><br>    *Respondents.* | No. 23-1290 |

**STATUS REPORT**

Respondents (collectively, TSA), respectfully provide this status report in accordance with this Court's opinion and order of August 22, 2025.

As this Court is aware, this case concerns a challenge to TSA's 2023 amendment of airport security programs (the National Amendment).  This Court granted the petitions for review and vacated the National Amendment but withheld issuance of its mandate until TSA informs the Court that it has adopted a procedurally sound rule in

place of the National Amendment or has determined that such rule is not necessary.  The Court directed TSA to submit status reports at 60-day intervals apprising the Court of its progress.

The rulemaking process is ongoing, and this rule remains one of TSA's highest regulatory priorities for 2026.   TSA is continuing to draft the preamble for the notice of proposed rulemaking, as well as the regulatory text, and is evaluating ancillary policy decisions regarding how to frame the requirements in the rule.

TSA will file its next status report on or before August 21, 2026.

Respectfully submitted,

SHARON SWINGLE

/s/ *Sarah N. Smith*
SARAH N. SMITH
(202) 305-0173
   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Ave., N.W.*
   *Room 7533*
   *Washington, D.C. 20530*

JUNE 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Sarah N. Smith*
Sarah N. Smith